# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Ricky Hardimon<br>Kelly Tatum-Hardimon aka Kelly D Tatum, aka Kelly Byrd<br>Debtors | CHAPTER 13 |
| DLJ Mortgage Capital, Inc., its successors and/or assigns<br>Movant<br>vs. | NO. 17-11001 SR |
| Ricky Hardimon<br>Kelly Tatum-Hardimon aka Kelly D Tatum, aka Kelly Byrd<br>Debtors | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br>Trustee | |

## PRAECIPE TO WITHDRAW

## TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of DLJ Mortgage Capital, Inc., which was filed with the Court on or about **July 6, 2017**.

    Respectfully submitted,

    **/s/Rebecca A. Solarz, Esquire**
    Rebecca A. Solarz, Esquire
    rsolarz@kmllawgroup.com
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA  19106
    215-627-1322

October 9, 2017