**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: RICK HARIDMON | : | CHAPTER 13 |
| KELLY TATUM-HARDIMON | : | |
| DEBTOR(S) | : | CASE NO: 17-11001 |

**NOTICE FOR DEBTOR'S OBJECTION TO CLAIM NO. 5**

Debtors, Rick and Kelly Hardimon filed a Objection with this court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

You or your attorney must attend the hearing scheduled to be held on 3/1/18 at 9:30am in Courtroom #3 U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated:  1/24/18                                            /s/ Michelle Lee
                                                                      Michelle Lee , Esquire
                                                                      Law Offices of Georgette
                                                                      Miller & Associates, P.C.
                                                                      335 Evesham Avenue
                                                                      Lawnside, NJ 08045