IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: RICK HARIDMON | : | CHAPTER 13 |
| KELLY TATUM-HARDIMON | : | |
| DEBTOR(S) | : | CASE NO: 17-11001 |

## ORDER

AND NOW, this __2nd__ day of __March__, 2018, having heard Debtors' Objection to Philadelphia Federal Credit Union's Proof of Claim No. 3 and any responses thereto, it is hereby ORDERED that Debtors' objection to the Proof of Claim No. 3 is SUSTAINED. Proof of Claim No. 3 setting forth an unsecured debt of $1,564.02 is hereby disallowed.

_____
HONORABLE JEAN K. FITZSIMON