**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: RICK HARIDMON | : | CHAPTER 13 |
| KELLY TATUM-HARDIMON | : | |
| DEBTOR(S) | : | CASE NO: 17-11001 |

## ORDER

AND NOW, this __2nd__ day of __March__, 2018, having heard Debtors' Objection to Philadelphia Federal Credit Union's Proof of Claim No. 4 and any responses thereto, it is hereby ORDERED that Debtors' objection to the Proof of Claim No. 4 is SUSTAINED. Proof of Claim No. 4 setting forth an unsecured debt of $5,496.72 is hereby disallowed.

_____
**HONORABLE JEAN K. FITZSIMON**