IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: RICK HARDIMON | : | CHAPTER 13 |
| KELLY TATUM-HARDIMON | : | |
| DEBTOR(S) | : | CASE NO: 17-11001 |

## ORDER

AND NOW, this <u>2nd</u> day of <u>March</u>, 2018, having heard Debtors' Objection to LVNV Funding, LLC its successors and assignee of Arrow Financial Services, LLC c/o Resurgent Capital Services Proof of Claim No. 7 and any responses thereto, it is hereby ORDERED that Debtors' objection to the Proof of Claim No. 7 is SUSTAINED.  Proof of Claim No. 7 setting forth an unsecured debt of $234.44 is hereby disallowed.

_____
HONORABLE JEAN K. FITZSIMON