United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 17-11001-jkf
Ricky Hardimon                                                                 Chapter 13
Kelly Tatum-Hardimon
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD           Page 1 of 1              Date Rcvd: Mar 02, 2018
                        Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2018.
db/jdb         +Ricky Hardimon,    Kelly Tatum-Hardimon,   5617 Miriam Road,   Philadelphia, PA 19124-1020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13952907       +E-mail/Text: bankruptcy@cavps.com Mar 03 2018 01:27:31      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
                                                                                                                                                TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2018 at the address(es) listed below:
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
        GEORGETTE  MILLER    on behalf of Joint Debtor Kelly  Tatum-Hardimon info@georgettemillerlaw.com,
     georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;r50524@notify.bestcase.com
        GEORGETTE  MILLER    on behalf of Debtor Ricky  Hardimon info@georgettemillerlaw.com,
     georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;r50524@notify.bestcase.com
        MATTEO SAMUEL WEINER    on behalf of Creditor   DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
        REBECCA ANN SOLARZ    on behalf of Creditor   DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                                                                           TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: RICK HARIDMON | : | CHAPTER 13 |
| KELLY TATUM-HARDIMON | : | |
| DEBTOR(S) | : | CASE NO: 17-11001 |

### ORDER

AND NOW, this __2nd__ day of __March__, 2018, having heard Debtors' Objection to Philadelphia Federal Credit Union's Proof of Claim No. 4 and any responses thereto, it is hereby ORDERED that Debtors' objection to the Proof of Claim No. 5 is SUSTAINED. Proof of Claim No. 5 setting forth an unsecured debt of $2247.09 is hereby disallowed.

_____
**HONORABLE JEAN K. FITZSIMON**