United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-11001-jkf
Ricky Hardimon                                                        Chapter 13
Kelly Tatum-Hardimon
  Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD    Page 1 of 1    Date Rcvd: Mar 02, 2018
        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2018.
db/jdb  +Ricky Hardimon, Kelly Tatum-Hardimon, 5617 Miriam Road, Philadelphia, PA 19124-1020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                       Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2018 at the address(es) listed below:
    FREDERICK L. REIGLE  ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
    GEORGETTE MILLER  on behalf of Joint Debtor Kelly Tatum-Hardimon info@georgettemillerlaw.com,
     georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
     rlaw.com;r50524@notify.bestcase.com
    GEORGETTE MILLER  on behalf of Debtor Ricky Hardimon info@georgettemillerlaw.com,
     georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
     rlaw.com;r50524@notify.bestcase.com
    MATTEO SAMUEL WEINER  on behalf of Creditor DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
    POLLY A. LANGDON  on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
     ecf_frpa@trustee13.com
    REBECCA ANN SOLARZ  on behalf of Creditor DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
    United States Trustee  USTPRegion03.PH.ECF@usdoj.gov
                                                      TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: RICK HARDIMON : CHAPTER 13
     KELLY TATUM-HARDIMON :
     DEBTOR(S) : CASE NO: 17-11001

## ORDER

AND NOW, this __2nd__ day of __March__, 2018, having heard Debtors' Objection to LVNV Funding, LLC its successors and assignee of Arrow Financial Services, LLC c/o Resurgent Capital Services Proof of Claim No. 7 and any responses thereto, it is hereby ORDERED that Debtors' objection to the Proof of Claim No. 7 is SUSTAINED. Proof of Claim No. 7 setting forth an unsecured debt of $234.44 is hereby disallowed.

_____
HONORABLE JEAN K. FITZSIMON