THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
   RICKY HARDIMON AND : CHAPTER 13
   KELLY TATUM-HARDIMON :
       DEBTORS, :
            : CASE NO: 17-11001

## NOTICE FOR DEBTOR'S MOTION

Ricky and Kelly Hardimon have filed the attached MOTION TO DEEM A JUDGMENT INEFFECTIVE PURSUANT TO 42 PA CS 5529 AND TO DETERMINE THAT THE STATUTE OF LIMITATIONS HAS PASSED with this court. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** If you want the court to consider your views on the Motion, then before **6/13/18** you or your attorney must file with the court a written response at:

   U.S. Bankruptcy Court
   900 Market Street
   Philadelphia, PA 19107
   Attn: Bankruptcy Clerk

   If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.
   You must mail a copy to:
   Georgette Miller
   Law Offices of Georgette Miller, Esq., P.C.
   335 Evesham Avenue
   Lawnside, NJ 08045

   You or your attorney must attend the hearing scheduled to be held on 6/20/18 at 9:30am in Courtroom #3 U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: 5/25/18

                                              /s/ Michelle Lee____
                                              Michelle Lee, Esquire
                                              Offices of Georgette Miller Esq., PC
                                              119 S. Easton Road
                                              Glenside, PA 19038