## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| RICKY HARDIMON AND : | CHAPTER 13 |
| KELLY TATUM-HARDIMON : | |
| DEBTORS, : | |
| : | CASE NO: 17-11001 |

## CERTIFICATION OF SERVICE

Michelle Lee, being duly sworn according to law, deposes and says that she filed Debtors Amended Plan upon the following individuals listed below, by electronic means and/or first class mail.

Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
P.O. Box 4010
Reading, PA 19606

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Ricky Hardimon
Kelly Tatum-Hardimon
5617 Miriam Road
Philadelphia, PA 19124

Sharon Lomax
3123 W Gordan Street
Philadelphia PA 19150

Howard Lomax
7915 Williams Avenue
Philadelphia PA 19151

Renee Hunt
6028 W Oxford Street
Philadelphia PA 19129

ALL CREDITORS ON THE MATRIX

And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.

Respectfully Submitted,

Date: May 25, 2018

/s/ Michelle Lee
Michelle Lee, Esq.
Law Offices of Georgette Miller, Esq., P.C.
119 S. Easton Rd.
Glenside, PA 19038

{00318244;v1}