IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: RICKY HARDIMON | : | |
| KELLY TATUM-HARDIMON | : | CHAPTER 13 |
| | : | |
| DEBTOR(S) | : | CASE NO.: 17-11001 |
| | : | |
| | : | |

CERTIFICATION OF NO RESPONSE

I, the undersigned, certify that, having served or caused to be served, a copy of the Debtor's Motion to Deem A Judgment Ineffective Pursuant to 42 PA CS 5529 and to Determine that the Statute of Limitations has Passed filed on May 25, 2018, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date.

    I respectfully request that the Court enter the attached Order.

Dated: June 19, 2018

                                            /s/ Michelle Lee

                                            Michelle Lee, Esq.
                                            Law Offices of Georgette Miller, Esq., P.C.
                                            119 S. Easton Rd.
                                            Glenside, PA 19038

{00320709;v1}