THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|   RICKY HARDIMON AND | : | CHAPTER 13 |
|   KELLY TATUM-HARDIMON | : | |
|     DEBTORS, | : | |
| | : | CASE NO: 17-11001 |

## ORDER

AND NOW, this  25th day of    June     2018, upon motion of the debtors to deem a judgment ineffective pursuant to 42 PA CS 5529 and to determine that the statute of limitations has passed ("Motion") and the Certification of No Response which was filed with respect to the Motion, it is hereby ORDERED THAT

The Judgment of $7432.90 entered against Ricky Hardimon in Case No. 91-12-01167 is ineffective pursuant to 42 PA CS 5529 and uncollectable pursuant to 42 PA CS 5525.   Debtors shall receive a discharge related to this debt.

_____
Honorable Jean K. FitzSimon