THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
   RICKY HARDIMON AND : CHAPTER 13
   KELLY TATUM-HARDIMON :
   DEBTORS, :
       : CASE NO: 17-11001

## ORDER

AND NOW, this  26th  day of    June        2018, upon motion of the debtors to deem a judgment ineffective pursuant to 42 PA CS 5529 and to determine that the statute of limitations has passed, it is hereby ORDERED THAT

The Judgment of $1000 entered against Ricky Hardimon in case no. 91-12-01167 is ineffective pursuant to 42 PA CS 5529 and uncollectable pursuant to 42 PA CS 5525.

Debtors shall receive a discharge related to this debt.

_____
Honorable Jean K. FitzSimon