THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
   RICKY HARDIMON AND                            :       CHAPTER 13
   KELLY TATUM-HARDIMON                          :
      DEBTORS,                                  :
                                        :       CASE NO: 17-11001

## ORDER

AND NOW, this 26th day of June 2018, upon motion of the debtors to deem a judgment ineffective pursuant to 42 PA CS 5529 and to determine that the statute of limitations has passed, it is hereby ORDERED THAT

The Judgment of $1200 entered against Ricky Hardimon in case no. 91-12-01167 is ineffective pursuant to 42 PA CS 5529 and uncollectable pursuant to 42 PA CS 5525.

Debtors shall receive a discharge related to this debt.

_____
Honorable Jean K. FitzSimon