United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Ricky Hardimon
Kelly Tatum-Hardimon
        Debtors

Case No. 17-11001-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD        Page 1 of 1        Date Rcvd: Jun 27, 2018
                           Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2018.
db/jdb        +Ricky Hardimon,    Kelly Tatum-Hardimon,    5617 Miriam Road,    Philadelphia, PA 19124-1020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2018 at the address(es) listed below:
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
         GEORGETTE  MILLER    on behalf of Joint Debtor Kelly  Tatum-Hardimon info@georgettemillerlaw.com,
          georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
          rlaw.com;smithcr50524@notify.bestcase.com
         GEORGETTE  MILLER    on behalf of Debtor Ricky  Hardimon info@georgettemillerlaw.com,
          georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
          rlaw.com;smithcr50524@notify.bestcase.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         REBECCA ANN SOLARZ    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 7

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :
   RICKY HARDIMON AND              :          CHAPTER  13
   KELLY TATUM-HARDIMON           :
          DEBTORS,           :
                   :          CASE NO: 17-11001

## ORDER

AND NOW, this _26th_ day of ___June_____2018, upon motion of the

debtors  to deem a judgment ineffective pursuant to 42 PA CS 5529 and to determine that

the statute of limitations has passed, it is hereby ORDERED THAT

The Judgment of $1000 entered against Ricky Hardimon in case no. 91-12-01167

is ineffective pursuant to 42 PA CS 5529 and uncollectable pursuant to 42 PA CS 5525.

Debtors shall receive a discharge related to this debt.

_____
   Honorable Jean K. FitzSimon