United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-11001-jkf
Ricky Hardimon                                                          Chapter 13
Kelly Tatum-Hardimon
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: YvetteWD          Page 1 of 1              Date Rcvd: Jun 27, 2018
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2018.
db/jdb         +Ricky Hardimon,    Kelly Tatum-Hardimon,    5617 Miriam Road,    Philadelphia, PA 19124-1020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              GEORGETTE   MILLER    on behalf of Joint Debtor Kelly  Tatum-Hardimon info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com
              GEORGETTE   MILLER    on behalf of Debtor Ricky  Hardimon info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :
   RICKY HARDIMON AND           :       CHAPTER 13
   KELLY TATUM-HARDIMON         :
      DEBTORS,                 :
                                        :       CASE NO: 17-11001

## ORDER

AND NOW, this  26th  day of  June  2018, upon motion of the debtors to deem a judgment ineffective pursuant to 42 PA CS 5529 and to determine that the statute of limitations has passed, it is hereby ORDERED THAT

The Judgment of $1200 entered against Ricky Hardimon in case no. 91-12-01167 is ineffective pursuant to 42 PA CS 5529 and uncollectable pursuant to 42 PA CS 5525.

Debtors shall receive a discharge related to this debt.

_____
Honorable Jean K. FitzSimon