| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 17-11001-AMC

RICKY HARDIMON
KELLY TATUM-HARDIMON
103 WEST SOUTH AVENUE
GLENOLDEN  PA    19036

Petition Filed Date: 02/11/2017
341 Hearing Date: 04/21/2017
Confirmation Date: 07/18/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2019 | $289.00 | | 02/28/2019 | $289.00 | | 03/18/2019 | $289.00 | |
| 04/12/2019 | $289.00 | | 05/24/2019 | $289.00 | | 06/14/2019 | $289.00 | |
| 07/12/2019 | $289.00 | | 08/26/2019 | $289.00 | | 09/27/2019 | $289.00 | |
| 10/28/2019 | $289.00 | 6261697000 | 11/12/2019 | $289.00 | 6325243000 | 12/31/2019 | $289.00 | 6441815000 |
| 01/31/2020 | $289.00 | 6511555000 | 03/03/2020 | $289.00 | 6609869000 | 03/30/2020 | $289.00 | 6656525000 |
| 04/27/2020 | $289.00 | 6701754000 | 05/28/2020 | $289.00 | 6820269000 | 06/22/2020 | $289.00 | 6871991000 |
| 07/31/2020 | $289.00 | 6960595000 | | | | | | |

**Total Receipts for the Period: $5,491.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $12,425.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $221.76 | $0.00 | $221.76 |
| 8 | CAVALRY PORTFOLIO SERVICE LLC<br>»» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 06P | Priority Crediors | $275.97 | $275.97 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 06S | Secured Creditors | $1,615.22 | $1,615.22 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 06U | Unsecured Creditors | $5,362.43 | $305.51 | $5,056.92 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CITY OF PHILADELPHIA (LD)<br>»» 010 | Secured Creditors | $118.81 | $118.81 | $0.00 |
| 3 | PHILADELPHIA FEDERAL CREDIT U<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PHILADELPHIA FEDERAL CREDIT U<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PHILADELPHIA FEDERAL CREDIT U<br>»» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | SANTANDER CONSUMER USA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | SELECT PORTFOLIO SERVICING INC<br>»» 009 | Mortgage Arrears | $991.02 | $991.02 | $0.00 |
| 11 | GEORGETTE MILLER ESQ<br>»» 011 | Attorney Fees | $7,500.00 | $0.00 | $7,500.00 |

Chapter 13 Case No. 17-11001-AMC

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,425.00 | Current Monthly Payment: | $289.00 |
| Paid to Claims: | $3,306.53 | Arrearages: | ($36.00) |
| Paid to Trustee: | $1,085.64 | Total Plan Base: | $17,880.00 |
| Funds on Hand: | $8,032.83 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.