| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 17-11001-AMC

RICKY HARDIMON
KELLY TATUM-HARDIMON
103 WEST SOUTH AVENUE
GLENOLDEN  PA    19036

Petition Filed Date: 02/11/2017
341 Hearing Date: 04/21/2017
Confirmation Date: 07/18/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2020 | $289.00 | 6511555000 | 03/03/2020 | $289.00 | 6609869000 | 03/30/2020 | $289.00 | 6656525000 |
| 04/27/2020 | $289.00 | 6701754000 | 05/28/2020 | $289.00 | 6820269000 | 06/22/2020 | $289.00 | 6871991000 |
| 07/31/2020 | $289.00 | 6960595000 | 08/24/2020 | $289.00 | 6960598000 | 09/30/2020 | $289.00 | 7092410000 |
| 10/30/2020 | $289.00 | 7121955000 | 11/30/2020 | $289.00 | 7231055000 | 01/04/2021 | $289.00 | 7328086000 |
| 01/25/2021 | $289.00 | 7328073000 | 03/01/2021 | $289.00 | 7446331000 | 03/31/2021 | $289.00 | 7563293000 |
| 04/30/2021 | $289.00 | 7563294000 | 06/01/2021 | $289.00 | 7694574000 | | | |

**Total Receipts for the Period: $4,913.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $15,315.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP<br>»»  001 | Unsecured Creditors | $221.76 | $107.30 | $114.46 |
| 8 | CAVALRY PORTFOLIO SERVICE LLC<br>»»  008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS)<br>»»  06P | Priority Crediors | $275.97 | $275.97 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS)<br>»»  06S | Secured Creditors | $1,615.22 | $1,615.22 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS)<br>»»  06U | Unsecured Creditors | $5,362.43 | $2,853.18 | $2,509.25 |
| 7 | LVNV FUNDING LLC<br>»»  007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CITY OF PHILADELPHIA (LD)<br>»»  010 | Secured Creditors | $118.81 | $118.81 | $0.00 |
| 3 | PHILADELPHIA FEDERAL CREDIT U<br>»»  003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PHILADELPHIA FEDERAL CREDIT U<br>»»  004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PHILADELPHIA FEDERAL CREDIT U<br>»»  005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | SANTANDER CONSUMER USA<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | SELECT PORTFOLIO SERVICING INC<br>»»  009 | Mortgage Arrears | $991.02 | $991.02 | $0.00 |
| 11 | **GEORGETTE MILLER ESQ**<br>»»  011 | Attorney Fees | $7,500.00 | $0.00 | $7,500.00 |

Chapter 13 Case No. 17-11001-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,315.00 | Current Monthly Payment: | $289.00 |
| Paid to Claims: | $5,961.50 | Arrearages: | ($36.00) |
| Paid to Trustee: | $1,313.95 | Total Plan Base: | $17,880.00 |
| Funds on Hand: | $8,039.55 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.