Certificate Number: 15317-PAE-DE-035884161

Bankruptcy Case Number: 17-11001



15317-PAE-DE-035884161

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 2, 2021</u>, at <u>10:48</u> o'clock <u>AM PDT</u>, <u>Ricky Hardimon</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   August 2, 2021    By:   /s/Rose Benito

Name:  Rose Benito

Title:  Counselor