Certificate Number: 15317-PAE-DE-035893067

Bankruptcy Case Number: 17-11001



15317-PAE-DE-035893067

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 5, 2021</u>, at <u>7:34</u> o'clock <u>AM PDT</u>, <u>Kelly Hardimon</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 5, 2021</u>                    By:   <u>/s/Janice Morla</u>

                                                Name:   <u>Janice Morla</u>

                                                Title:   <u>Counselor</u>