**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Rick & Kelly Hardimon | : | Chapter 13 |
| | : | |
| Debtor(s). | : | Bankruptcy No. 17-11001 |

**CERTIFICATION OF SERVICE**

    I hereby certify that true and correct copies of the foregoing Application for Approval of the Application for Compensation and Reimbursement of Expenses by first class or electronic mail has been served upon all interested parties, September 16, 2021, by electronic mail.

cc:    William C. Miller
        Chapter 13 Trustee
        1234 Market Street
        Suite# 1813
        Philadelphia, PA 19107

        United States Trustee
        833 Chestnut Street, Suite 500
        Philadelphia, PA 19107

        Ricky Hardimon
        Kelly Tatum-Hardimon
        103 West South Avenue
        Glenolden, PA 19036

Date:  September 16, 2021        Respectfully Submitted,

                                                /s/ Margolis Edelstein
                                                Margolis Edelstein
                                                100 Century Parkway, Suite 200
                                                Mt. Laurel, NJ 08054