United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-11001-amc |
| Ricky Hardimon | Chapter 13 |
| Kelly Tatum-Hardimon | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ricky Hardimon, Kelly Tatum-Hardimon, 103 West South Avenue, Glenolden, PA 19036-2420 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2021            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com |
| GEORGETTE MILLER | on behalf of Debtor Ricky Hardimon Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| GEORGETTE MILLER | on behalf of Joint Debtor Kelly Tatum-Hardimon Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| KEVIN G. MCDONALD | on behalf of Creditor CSMC 2018-RPL3 Trust c/o Select Portfolio Servicing  Inc. bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor DLJ Mortgage Capital  Inc. bkgroup@kmllawgroup.com |
| POLLY A. LANGDON | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor CSMC 2018-RPL3 Trust bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor CSMC 2018-RPL3 Trust c/o Select Portfolio Servicing  Inc. P.O. Box 65250 Salt Lake City, UT 84165-0250 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor DLJ Mortgage Capital  Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13** |
| **RICK HARDIMON** | : | |
| **KELLY TATUM-HARDIMON** | : | **CASE NO: 17-11001-AMC** |
| DEBTOR(S) | | |

# ORDER

AND NOW, upon consideration of the *EXPEDITED MOTION TO INCUR DEBT ("*the Motion"*)*, and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby ORDERED that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be and hereby is scheduled on December 8, 2021, at 11:00 a.m., **via Telephonic Hearing**.

   Parties are to Dial: 877-873-8017 Access Code: 3027681# .

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), counsel to the Official Committee of Unsecured Creditors (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on** November 24, 2021.

5. The Movants shall serve this Order and the Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail no **later than 5:00 p.m. on** November 24, 2021

6. The Movants shall file a Certification of Service as required by Local Rule 9014.

*Date*: November 23, 2021

**ASHELY M. CHAN, U.S. BANKRUPTCY JUDGE**