**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  RICK HARIDMON | : | CHAPTER 13 |
| KELLY TATUM-HARDIMON | : | |
| DEBTOR(S) | : | CASE NO: 17-11001-AMC |

**CERTIFICATE OF SERVICE**

Michelle Lee, being duly sworn according to law, deposes and says that she served the Expedited Motion to Incur Debt and was sent to the below-named interested parties by electronic and/or first-class mail, on 11/23/2021.

Scott F. Waterman,
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Rick Hardimon and Kelly Tatum-Hardimon
103 West South Avenue
Glenolden, PA 19036

**ALL CREDITORS ON THE MATRIX**
**ALL ATTORNEYS ON RECORD**
**ALL PARTIES ON CLERK'S SERVICE LIST**
**And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.**

Respectfully Submitted,

 /s/ Michelle Lee, Esq.
Michelle Lee, Esq.
Margolis Edelstein
The Curtis Center
170 S. Independence Mall W., Suite 400E
Philadelphia, PA 19106