**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| RICK HARDIMON KELLY | : | |
| TATUM-HARDIMON | : | CASE NO: 17-11001-AMC |
| aka Kelly D Tatum | | |
| aka Kelly Byrd | | |
| DEBTOR(S) | | **ORDER** |

AND NOW, this 10th day of December, 2021, it is hereby ORDERED that the Expedited Motion to Incur Debt is granted. Debtor has permission to incur debt to purchase 744 Plumtree Ct., Claymont, DE, 19703.

_____
Hon. Ashely M. Chan