United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Ricky Hardimon  
Kelly Tatum-Hardimon  
    Debtors

Case No. 17-11001-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 22, 2022 | Form ID: 138OBJ | Total Noticed: 34 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Ricky Hardimon, 103 West South Avenue, Glenolden, PA 19036-2420 |
| jdb | + | Kelly Tatum-Hardimon, 103 West South Avenue, Glenolden, PA 19036-2420 |
| 13865684 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14257293 | | CSMC 2018-RPL3 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 13954721 | | DLJ Mortgage Capital, Inc., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 13865691 | + | Debt Recovery Solution, Attention: Bankruptcy, 6800 Jericho Turnpike Ste 113e, Syosset, NY 11791-4401 |
| 13865696 | + | Mortgage Lenders Network, 213 Court St, Middletown, CT 06457-3346 |
| 13865697 | + | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 13865698 | + | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 13865703 | + | Rushmore Loan Mgmt Ser, 15480 Laguna Canyon Rd S, Irvine, CA 92618-2132 |
| 13865706 | + | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 22 2022 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2022 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 22 2022 23:55:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13872580 | | Email/PDF: ebn_ais@aisinfo.com | Mar 22 2022 23:56:09 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 13962803 | | Email/Text: megan.harper@phila.gov | Mar 22 2022 23:55:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13865685 | + | Email/Text: bankruptcy@cavps.com | Mar 22 2022 23:55:00 | Calvary Portfolio Services, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 13952907 | + | Email/Text: bankruptcy@cavps.com | Mar 22 2022 23:55:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13865687 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2022 23:54:00 | Comenity Bank/Fashion Bug, Po Box 182125, Columbus, OH 43218-2125 |

Case 17-11001-amc    Doc 134    Filed 03/24/22    Entered 03/25/22 00:31:24    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 22, 2022 | Form ID: 138OBJ | Total Noticed: 34 |

| | | | |
|---|---|---|---|
| 13865689 | + Email/Text: bankruptcy@credencerm.com | Mar 22 2022 23:55:00 | Credence Resource Management, Po Box 2300, Southgate, MI 48195-4300 |
| 13865690 | + Email/Text: bankruptcy_notifications@ccsusa.com | Mar 22 2022 23:55:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 13865688 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Mar 22 2022 23:54:00 | Commonwealth of PA, Department of LAbor & Industry, Bureau of UC benefits, PO BOX 67503, Harrisburg, PA 17106 |
| 13906671 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 22 2022 23:54:00 | DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13865692 | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 22 2022 23:56:16 | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 13865693 | + Email/Text: bankruptcy@sccompanies.com | Mar 22 2022 23:55:00 | Ginnys/Swiss Colony Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 13865686 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 22 2022 23:56:15 | Chase Mtg, 3415 Vision Dr, Columbus, OH 43219 |
| 13865694 | + Email/Text: bknotificationdistribution@jhcapitalgroup.com | Mar 22 2022 23:55:00 | Jh Portfolio Debt Equities LLc, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 13952354 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2022 23:56:17 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13865697 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 22 2022 23:54:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 13865702 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 22 2022 23:56:22 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 13878012 | + Email/Text: enotifications@santanderconsumerusa.com | Mar 22 2022 23:55:00 | SANTANDER CONSUMER USA, INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 13865704 | + Email/Text: enotifications@santanderconsumerusa.com | Mar 22 2022 23:55:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 13865708 | + Email/Text: bankruptcy@sccompanies.com | Mar 22 2022 23:55:00 | Seventh Avenue, Seventh Avenue, Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 13865709 | + Email/Text: bankruptcy@sw-credit.com | Mar 22 2022 23:55:00 | Southwest Credit Systems, 4120 International Parkway Ste 1100, Carrollton, TX 75007-1958 |
| 13865710 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 22 2022 23:54:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13952911 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13865699 | *+ | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 13865700 | *+ | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 13865701 | *+ | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 13865705 | *+ | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 13865707 | *+ | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 13865695 | ##+ | Merchants Credit, 223 W Jackson Blvd, Ste 700, Chicago, IL 60606-6914 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 22, 2022 | Form ID: 138OBJ | Total Noticed: 34 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 24, 2022         Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2022 at the address(es) listed below:

**Name**  **Email Address**

ANN E. SWARTZ
  on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com ecfmail@ecf.courtdrive.com

GEORGETTE MILLER
  on behalf of Joint Debtor Kelly Tatum-Hardimon Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com

GEORGETTE MILLER
  on behalf of Debtor Ricky Hardimon Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com

KEVIN G. MCDONALD
  on behalf of Creditor CSMC 2018-RPL3 Trust c/o Select Portfolio Servicing  Inc. bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
  on behalf of Creditor DLJ Mortgage Capital  Inc. bkgroup@kmllawgroup.com

POLLY A. LANGDON
  on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
  on behalf of Creditor CSMC 2018-RPL3 Trust c/o Select Portfolio Servicing  Inc. P.O. Box 65250 Salt Lake City, UT 84165-0250 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
  on behalf of Creditor DLJ Mortgage Capital  Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
  on behalf of Creditor CSMC 2018-RPL3 Trust bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
  ECFMail@ReadingCh13.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Ricky Hardimon and Kelly Tatum−Hardimon
    Debtor(s)

Case No: 17−11001−amc

Chapter: 13

___

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/22/22

132 − 131
Form 138OBJ