Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
Chapter 13 Case No. 17-11001-AMC

RICKY HARDIMON  
KELLY TATUM-HARDIMON  
103 WEST SOUTH AVENUE  
GLENOLDEN  PA   19036

Petition Filed Date: 02/11/2017  
341 Hearing Date: 04/21/2017  
Confirmation Date: 07/18/2018

Case Status: Completed on 1/26/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/30/2021 | $289.00 | 7563294000 | 06/01/2021 | $289.00 | 7694574000 | 06/28/2021 | $289.00 | 7694576000 |
| 07/26/2021 | $289.00 | 7829013000 | 08/23/2021 | $289.00 | 7887883000 | 09/30/2021 | $289.00 | 7956877000 |
| 11/01/2021 | $289.00 | 8046852000 | 11/29/2021 | $289.00 | 8046854000 | 01/03/2022 | $289.00 | 8169729000 |
| 01/26/2022 | $289.00 | 8169730000 | | | | | | |

**Total Receipts for the Period:  $2,890.00    Amount Refunded to Debtor Since Filing:  $21.48   Total Receipts Since Filing: $17,627.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $221.76 | $221.76 | $0.00 |
| 8 | CAVALRY PORTFOLIO SERVICE LLC<br>»» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 06P | Priority Crediors | $275.97 | $275.97 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 06S | Secured Creditors | $1,615.22 | $1,615.22 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 06U | Unsecured Creditors | $5,362.43 | $5,362.43 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CITY OF PHILADELPHIA (LD)<br>»» 010 | Secured Creditors | $118.81 | $118.81 | $0.00 |
| 3 | PHILADELPHIA FEDERAL CREDIT U<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PHILADELPHIA FEDERAL CREDIT U<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PHILADELPHIA FEDERAL CREDIT U<br>»» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | SANTANDER CONSUMER USA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | SELECT PORTFOLIO SERVICING INC<br>»» 009 | Mortgage Arrears | $991.02 | $991.02 | $0.00 |
| 11 | GEORGETTE MILLER ESQUIRE<br>»» 011 | Attorney Fees | $7,500.00 | $7,500.00 | $0.00 |
| 0 | RICKY HARDIMON | Debtor Refunds | $21.48 | $21.48 | $0.00 |

Chapter 13 Case No. 17-11001-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,627.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $16,106.69 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,520.31 | Total Plan Base: | $17,880.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.