| Fill in this information to identify the **Fill in this information to identify the case:** |
|---|
| Debtor 1    Kelly Tatum |
| Debtor 2    Ricky Hardimon |
| Debtor 2 |
| United States Bankruptcy Court for the EASTERN District of Pennsylvania |
| Case number   17-11001 AMC |

Official Form 410S1

# Notice of Mortgage Payment Change                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** CSMC 2018-RPL3 Trust c/o Select Portfolio Servicing, Inc. P.O. Box 65250 Salt Lake City, UT 84165-0250

**Court claim no.** (if known): *9

**Last 4 digits** of any number you use to identify the debtor's account: 2669

**Date of payment change:**
Must be at least 21 days after date of this notice     08/01/2021

**New total payment:**     $685.49
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $ _____          New escrow payment:   $ _____

### Part: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:     6.000    %         New interest rate:     6.000    %

   Current principal and interest payment: $537.83    New principal and interest payment: $508.64

### Part: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.

(*Court approval may be required before the payment change can take effect.*)

Reason for change:_____

**Current mortgage payment:** $_____     **New mortgage payment:** $ _____

Document ID: 58244fdbd61b08c90742cdc6c309c0e4cefc0b17c6f696bda818465c23bb157a

Debtor(s)  Kelly Tatum                                   Case number (*if known*) 17-11001 AMC
           First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Rebecca Solarz                              Date    06/18/2021
Signature
**Print:** Rebecca Solarz
18 Jun 2021, 14:13:20, EDT

Title  Attorney for Creditor

Company  KML Law Group, P.C.

Address  701        Market Street, Suite 5000
         Number     Street
         Philadelphia,                PA    19106
         City                         State ZIP Code

Contact phone  (215) 627–1322         Email  bkgroup@kmllawgroup.com