

May 28, 2021

KELLY TATUM
5617 MIRIAM RD
PHILADELPHIA, PA 19124

**Account Number:**
**Property Address:**    5617 MIRIAM RD
PHILADELPHIA, PA 19124

Dear Customer(s):

SPS is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect and the owner of the mortgage, as lien holder, continues to have a lien on the real property..

If there is any bankruptcy proceeding pending that includes the subject property, then you may need to obtain Bankruptcy Court approval prior to any refinance or sale of the property. Similarly, you may need Bankruptcy Court approval of any permanent modification of the account.

SPS is pleased to inform you that the unpaid principal balance (excluding deferred principal) on your account may be recast over the remaining amortized term of the lien, resulting in a lower monthly payment.

**What is a Recast and why am I receiving this notice?**

Under the Home Affordable Modification Program (HAMP), you were eligible to receive incentives for keeping your account current and in good standing within the HAMP guidelines. These incentives were applied towards your interest bearing principal balance. A Recast enables SPS to reduce your monthly mortgage payment to reflect those principal reductions that have occurred on your account through HAMP.

This offer is conditioned on your account being in good standing within the HAMP guidelines, meaning that it is not more than three payments due and unpaid, as of the effective date of the first payment under this offer.

**What Terms are Changing?**

The payment schedule set forth in your mortgage documents will be changed effective with your 08/01/2021 payment and will be as follows.

| Months | Interest Rate | Interest Rate Change Date | Monthly Principal and Interest Payment Amount | Estimated Monthly Escrow Payment Amount* | Total Monthly Payment* | Payment Begins On | Number of Monthly Payments |
|---|---|---|---|---|---|---|---|
| Months 1-407 | 6.00000% | 07/01/2021 | $508.64 | $176.85 *may adjust periodically | $685.49 *may adjust periodically | 08/01/2021 | 407 |

A final balloon payment on the Interest Bearing Principal Balance of $510.74 is due on the Maturity Date.

**No other terms or conditions of your HAMP Modification Agreement have been affected or changed.**

Here is an example of the monthly payment savings you will receive by accepting this change:

Current Monthly Principal and Interest Payment    $537.83
Offered Recast Principal and Interest Payment    $508.64
**Monthly Payment Savings                         $29.19**

Below is a comparison of the total interest you will pay from 08/01/2021 until maturity of the lien, based on your current payment and the new lower recast schedule outlined above.

| Interest Paid Based on Current Payment Schedule | Interest Paid Based on Recast Payment Schedule |
|---|---|
| $97,767.27 | $119,093.58 |

**NOTE: if you chose to accept the Recast, you may end up paying more interest over the life of your lien. Although the terms of your mortgage will be adjusted by the Recast, you may choose to continue making your old payment over the life of the lien, which may result in less interest paid over time.**

**When is this Change Effective?**

As stated above, assuming you remain in good standing and make payments on time, payment at the reduced amount of $685.49 will be due starting with your 08/01/2021 monthly payment.

**How do I Accept this Offer?**

To accept this offer, you need to ensure that your payments are made timely and that your account is in good standing under the HAMP guidelines. If you meet these conditions, SPS will automatically implement this offer. It is important that you make the mortgage payments on time and in the correct amount. It may take an additional month for our billing statements to reflect the adjusted terms.

If you wish to reject this offer, you must notify us by 06/27/2021. Rejecting this offer means that you are still subject to the terms, conditions, and payment schedule as outlined in your original HAMP Modification Agreement. You may notify SPS by contacting our Customer Service Department at 800-258-8602, or by sending a fax to 866-867-3019, or in writing to the address below.

Select Portfolio Servicing, Inc.
PO Box 65250 Salt Lake City, UT 84165-0250

**Who do I contact if I have questions?**

Our records show you are eligible for FREE financial coaching. We have engaged the Homeownership Preservation Foundation (HPF), a HUD-approved counseling organization specializing in consumer housing education to provide you with free financial counseling and help you remain current on your mortgage. You may receive a call from HPF or to take advantage of this opportunity, please contact SPS at 888-818-6032 Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.  If you would like to begin your financial coaching right away, you may also contact HPF directly at (855) 306-1552, Monday - Friday, 7 a.m. - 8 p.m. Eastern Time.

If you wish to reject this Recast offer, or if you would like to obtain an amortization schedule reflecting these changes, please contact SPS.  At SPS, any of our Customer Care Experts can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available loan resolution options. If you have any questions or concerns, please contact SPS. Our toll-free number is 888-818-6032 and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**