# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ricky Hardimon<br>　　　Kelly Tatum<br><br>　　　　　　　　　　　　**Debtor(s)**<br><br>**CSMC 2018-RPL3 Trust c/o Select Portfolio Servicing, Inc. P.O. Box 65250 Salt Lake City, UT 84165-0250**<br>　　　　　　　　　　　　**Movant**<br>　　　　　　vs.<br><br>**Ricky Hardimon**<br>**Kelly Tatum**<br><br>　　　　　　　　　　　　**Debtor(s)**<br><br>**Scott Waterman**,<br>**Trustee** | BK NO. 17-11001 AMC<br><br>Chapter 13<br><br>Related to Claim No. 9 |

## CERTIFICATE OF SERVICE OF
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 29, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Ricky Hardimon
5617 Miriam Road
Philadelphia, PA 19124

Kelly Tatum
5617 Miriam Road
Philadelphia, PA 19124

Attorney for Debtor(s)
Georgette Miller, Esq.
335 Evesham Avenue (VIA ECF)
Lawnside, NJ 08045

Trustee
Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class

mail Dated: June 29, 2021

　　　　　　　　　　　　　　　　　　　　　　/s/ Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Phone: (215)627-1322
　　　　　　　　　　　　　　　　　　　　　Email: rsolarz@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　　　Attorney for Movant